

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00094-CV

---

WEST TRAVIS COUNTY PUBLIC UTILITY AGENCY, ET AL., APPELLANTS

V.

WEEKLEY HOMES LLC, APPELLEE

---

On Appeal from the 200th District Court
Travis County, Texas[1]
Trial Court No. D-1-GN-20-002291, Honorable Maria Cantu Hexsel, Presiding

---

April 7, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Weekley Homes, LLC sued West Travis County Public Utility Agency and Jennifer Reichers, in her official capacity as the agency's general manager, (collectively the PUA). The PUA answered with a plea to the trial court's jurisdiction and a general denial. The

---

[1] Originally appealed to the Third Court of Appeals, this case was transferred to this Court by order of the Supreme Court of Texas pursuant to its docket equalization procedure. *See* TEX. GOV'T CODE ANN. § 73.001.

trial court granted the plea to the jurisdiction in part and denied it in part. Weekley and the PUA each filed notices of appeal.[2]

Now pending before this Court is the parties' "Joint Motion to Remand" in which they represent they have reached "a settlement resolving all of the claims and controversies between them." They accordingly request that we set aside the trial court's order and remand the cause to the trial court for rendition of an agreed order. The motion is signed by counsel for all parties. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), we grant the motion, set aside the trial court's order without regard to the merits of the appeal, and remand the cause to the trial court for rendition of an order according to the agreement of the parties. Per the agreement of the parties, costs are taxed against the party incurring them. Having set aside the trial court's order at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

---

[2] *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (providing an appeal from an interlocutory order that grants or denies a plea to the jurisdiction by a governmental unit).